UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MACK LAMAR MELTON,<br>Appellant | CIVIL DOCKET NO. 1:18-CV-00475 |
| VERSUS | JUDGE DRELL |
| UNITED STATES COMMISSIONER OF SOCIAL SECURITY,<br>Appellee | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Melton's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS, ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 19th day of March 2021.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE